# EXHIBIT A

Harris County Docket Sheet

# 2015-55907

**COURT:** 164th

**FILED DATE:** 9/18/2015

**CASE TYPE:** DISCRIMINATION



### JONES, UYLESS L
Attorney: JUREK, LYNNE MARIE

vs.

### CITY OF HOUSTON

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |



STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that
this is a true and correct copy of the original record filed and or recorded
in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this,

_10/14/15_

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

Deputy

Search Civil Results

| CARLA CARRILLO (NETWS3)c | Enterprise | Contact Us | Welcome to the District Clerk |

**D**eputy **E**xploration **O**f **E**lectronic **D**ocuments

| Search Civil | Search Criminal | Search All | Search Special | Basket | Search Activity Codes | Barcode Print | Pre-Index Monitor | Process eFilings | Reports | Subpoena Search | Pending Subpoena | Court Processing | Return To Clerk | New Generate Documents | Generate Documents |

## Civil Image Search Results

NOTE: Please be aware, previewing documents requires the Adobe Acrobat Viewer and a TIF viewer.

To select a document to preview, click on the Image Number. If you wish to purchase a document, click the 'Add To Basket' button. The document will be placed in the basket for purchase. If you wish to purchase all documents in the case, click the 'Add Entire Case' button. All documents will be placed in the basket for purchase. Any document placed in the basket may be reviewed again prior to purchase.

Document information displayed in RED indicates the document is sealed.
Document information displayed in BROWN indicates the document is confidential.
Document information displayed in GRAY indicates the document is expunged.

C
I
V
I
L

M
E
N
U

---

Case: **201555907 - 7**   Status: Active - Civil Court: 164 File Dt: 9/18/2015
Type: DISCRIMINATION
Style: JONES, UYLESS L vs CITY OF HOUSTON

**Add Entire Case**

Add To Basket

| Image Number | Pages | Activity Type | Activity Date | PJN | Party | |
|---|---|---|---|---|---|---|
| 67110673 7003177 | 8 | PLAINTIFF'S Original Petition | 9/18/2015 | | | Enter Revision    Add To Basket |
| 67110674 7003177 | 3 | Sub Doc: civil process request | 9/18/2015 | | | Enter Revision    Add To Basket |
| 67110675 7003177 | 2 | Sub Doc: Civil/Family Case Information Sheet | 9/18/2015 | | | Enter Revision    Add To Basket |



STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that
this is a true and correct copy of the original record filed and or recorded
in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this 10 14 15

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

Deputy

9/18/2015 6:09:20 PM
Chris Daniel - District Clerk Harris County
Envelope No. 7003177
By: Sherryl Dewalt
Filed: 9/18/2015 6:09:20 PM

# 2015-55907 / Court: 164

NO. _____

| | | |
|---|---|---|
| **UYLESS L. JONES** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **CITY OF HOUSTON, et. al** | § | |
| **Defendants.** | § | **OF HARRIS COUNTY, TEXAS** |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES** Uyless L. Jones, hereinafter called Plaintiff, complaining of and about City of Houston, The Civil Service Commission for Municipal Employees of the City of Houston, Todd Johnson and Tom Sorely, hereinafter called Defendants, and for cause of action shows unto the Court the following:

**DISCOVERY CONTROL PLAN LEVEL**

1.    Plaintiff intends that discovery be conducted under Discovery Level 3.

**PARTIES AND SERVICE**

2.    Plaintiff, Uyless L. Jones, is an Individual whose address is 13310 Lake Passage Ln., Houston, Harris County Texas.  The last three numbers of Uyless L. Jones's driver's license number are 985.  The last three numbers of Uyless L. Jones's social security number are 250.

3.    Defendant City of Houston, a municipality, organized under the laws of the state of Texas and may be served with process by serving the city secretary of said municipality, Ms. Anna Russell, at City Hall, Annex 900 Bagby, Houston, TX 77002 under the authority of section 101.102(c) of the Texas civil practice and remedies code.  Service of said Defendant as described above can be effected by certified mail, return receipt requested. Issuance of citation and service

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110673 - Page 1 of 8

of same is requested at this time.

4.      The Civil Service Commission for Municipal Employees of The City of Houston (commission) is an entity created pursuant to Chapter 143, Texas Local Government Code, and may be served with process by serving the Secretary to the Commissioner, Omar C. Reid, 611 Walker, 4th, Houston, TX 77002.

5.      Defendant Todd Johnson is a resident of Harris County Texas and an employee of Defendant City of Houston.  He may be served with process by serving the City Secretary of said employer municipality, Ms. Anna Russell, at City Hall, Annex 900 Bagby, Houston, TX 77002.

6.      Defendant Tom Sorely is a resident of Harris County Texas and an employee of Defendant City of Houston. He may be served with process by serving the City Secretary of said employer municipality, Ms. Anna Russell, at City Hall, Annex 900 Bagby, Houston, TX 77002.

### JURISDICTION AND VENUE

7.      The subject matter in controversy is within the jurisdictional limits of this court.

8.      Plaintiff seeks:

a.      monetary relief over $1,000,000.

9.      This court has jurisdiction over the parties because Defendant is a Texas resident.

10.     Venue in Harris County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.  Harris County is the County of Defendants' principal offices in the state

### NATURE OF ACTION

11.     This is an action under Chapter 21 of the Texas Labor Code, Section 21.001 et. seq. Texas Labor Code, as amended, and under Title 42 U.S.C. Section 2000e et. seq. and 42 U.S.C.

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110673 - Page 2 of 8

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110673 - Page 3 of 8

Section 1981 as amended by the Civil Rights Act of 1991 ("Title VII") to correct unlawful employment practices on the basis of race and color.

## CONDITIONS PRECEDENT

12.     More than 180 days prior to the institution of this lawsuit, Plaintiff filed a charge with the Texas Workforce Commission, Civil Rights Division, alleging violations of Chapter 21 Employment Discrimination of the Texas Labor Code and violations of Title 42 U.S.C. Section 2000e et. seq. and 42 U.S.C. Section 1981 as amended by the Civil Rights Act of 1991. All conditions precedent to the institution of this lawsuit have been fulfilled. This suit is brought within two years of the date the complaint relating to the action was filed.

## FACTS

13.     Plaintiff is a civil service protected employee who began working with the City Of Houston as an independent contractor with HITS. In August 2012, Plaintiff was hired as a full-time THA II in the systems team. He was a qualified IT contractor who was later demoted to work site maintenance at radio tower sites around Houston. During the course of Plaintiff's employment, he was subjected to unequal terms and conditions of employment due to his race. Specifically, Plaintiff was the only person who was required to cut grass within the fenced in areas of the radio site towers for which he was assigned. This requirement came through his supervisor, HITS assistant director, Todd Johnson. Mr. Johnson treated Plaintiff unfairly by requiring him to work outside on a daily basis cutting grass at the radio sites. This discriminatory practice continued for approximately 18 months.

14.     The OIG investigated Plaintiff's claims and determined that while Plaintiff was doing these required "landscaping" and cutting grass at the locations, other staff members were not required to perform these duties as these duties were contracted out to independent contractors.

The OIG sustained a finding of racial discrimination based on an equal assignment of landscaping duties against Plaintiff's supervisor, Todd Johnson between November, 2013 and May 2014.

15.     The discriminatory and retaliatory practices of supervisor Todd Johnson towards Plaintiff continues.  Plaintiff is now relegated to the status of "handy man".  Such discriminatory and retaliatory practices are further exacerbated by the nonchalance acquiescence of manager Tom Sorely.  The pending investigation by the OIG pertaining to the retaliatory complaints is ongoing. Specifically, supervisor Todd Johnson continues to violate EO 1–50 by making inappropriate comments to Plaintiff, as well as by providing unequal training opportunities to the employees he manages. He also has made false and defamatory complaints regarding Plaintiff utilizing the City of Houston's 311 Complaint line.

16.     Plaintiff's complaints against his supervisor were not properly handled by the city of Houston in that plaintiff manager stated that his concerns had been "addressed". However the complaint was not forwarded to the OIG per the city policy. Furthermore, another employee with less experience, seniority, training and qualifications than Plaintiff has been promoted by Defendants without justification.  Said conduct remains illegally discriminatory and retaliatory.

## RACE AND COLOR DISCRIMINATION

17.     Defendant, City of Houston, intentionally engaged in unlawful employment practices involving Plaintiff because of his race and color.

18.     Defendant, City of Houston, discriminated against Plaintiff in connection with the compensation, terms, conditions and privileges of employment or limited, segregated or classified Plaintiff in a manner that would deprive or tend to deprive him of any employment opportunity or adversely affect his status because of Plaintiff's race and color in violation of the Texas Labor Code and Title 42 U.S.C. Section 2000e et. seq. and 42 U.S.C. Section 1981 as amended by the

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110673 - Page 4 of 8

Civil Rights Act of 1991.

19.     Defendant, City of Houston, classified Plaintiff in a manner that deprived him of an equal employment opportunity that was provided to other unqualified and non-minority employees similarly situated in violation of the Texas Labor Code.

20.     The employment practices of Defendant, City of Houston, specifically as outlined above, had a disparate and adverse impact on Plaintiff because of his race and color.   Such employment practices were not job-related and were not consistent with business necessity.

21.     Plaintiff alleges that Defendant, City of Houston, discriminated against Plaintiff on the basis of race and color with malice or with reckless indifference to the state-protected rights of Plaintiff.

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## BY CITY OF HOUSTON

22.     Defendant City of Houston, intentionally or recklessly made Plaintiff resort to cutting grass, while other non-minority yet less qualified employees performed the actual duties that Plaintiff was more qualified and actually hire to do.  Defendants' conduct was extreme and outrageous and proximately caused Plaintiff severe emotional distress.  Plaintiff suffered damages for which Plaintiff herein sues.

## RETALIATION BY CITY OF HOUSTON

23.     Plaintiff alleges that Defendant City of Houston, instituted a campaign of retaliation which included demoting Plaintiff and forcing Plaintiff to "cut grass" instead of performing his IT duties.   This retaliation was and is due to Plaintiff exercising his rights by opposing a discriminatory practice, making or filing a charge, filing a complaint and testifying, assisting, or participating in an investigation or proceeding regarding an unlawful discriminatory practice. Plaintiff suffered damages for which Plaintiff herein sues.

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110673 - Page 5 of 8

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110673 - Page 6 of 8

## SLANDER BY CITY OF HOUSTON

24.     Defendant Todd Johnson, orally made a false statement of fact referring to Plaintiff which injured Plaintiff's business reputation. This was done without regard to the truth or falsity of the statement. Plaintiff suffered damages for which Plaintiff herein sues.

## PROMISSORY ESTOPPEL BY CITY OF HOUSTON

25.     Defendant City of Houston, with actual or constructive knowledge of the falsity, made a representation or concealment of material facts with the intention that Plaintiff act upon said representation. Plaintiff did not have the knowledge or means to obtain knowledge of the facts presented. Plaintiff relied upon the misrepresentation to his detriment, namely that he would lose his job if he did not cut grass, when others were not required to do so. Plaintiff suffered damages for which Plaintiff herein sues.

## DAMAGES

26.     Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendant described hereinabove:

      a.     Loss of wages in the past and diminished earning capacity;

      b.     Damages to reputation;

      c.     All reasonable and necessary Attorney's fees incurred by or on behalf of Plaintiff, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just as provided by the Texas Labor Code section 21.259. All conditions precedent have been performed or have occurred;

      d.     Back pay from the date that Plaintiff was denied equal pay for equal work and interest on the back pay in an amount to compensate Plaintiff as the Court deems equitable and just as provided by the Texas Labor Code section 21.258;

      e.     All reasonable and necessary costs incurred in pursuit of this suit;

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110673 - Page 7 of 8

f.      Emotional pain;

g.      Expert fees as the Court deems appropriate;

h.      Front pay in an amount the Court deems equitable and just to make Plaintiff whole;

i.      Inconvenience;

j.      Pre and Post judgment interest;

k.      Loss of enjoyment of life;

l.      Mental anguish in the past; and

m.      Mental anguish in the future.

## EXEMPLARY DAMAGES

27.     Plaintiff would further show that the acts and omissions of Defendants complained of herein were committed with malice or reckless indifference to the state-protected rights of the Plaintiff.  In order to punish said Defendants for engaging in unlawful business practices and to deter such actions and/or omissions in the future, Plaintiff also seeks recovery from Defendants for exemplary damages as provided by Section 21.2585 of the Texas Labor Code.

## SPECIFIC RELIEF

28.     Plaintiff seeks the following specific relief which arises out of the actions and/or omissions of Defendants described hereinabove:

a.      Prohibit by injunction the Defendants from engaging in unlawful employment practices as defined in the Texas Labor Code; and

b.      Promote Plaintiff to the position and pay grade to which Plaintiff should have been promoted but for the unlawful employment actions of Defendants.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Uyless L. Jones respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Section 21.2585 of the Texas Labor Code and Title 42 U.S.C. Section 2000e et. seq. and 42 U.S.C. Section 1981 as amended by the Civil Rights Act of 1991, together with injunctive relief; attorney's fees; pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

THE JUREK LAW GROUP, PLLC

By: _/s/Lynne M. Jurek_____
LYNNE M. JUREK
Texas Bar No.: 11059250
SYBIL J. CARR
Texas Bar No. 03962700
363 N. Sam Houston Parkway E., Suite 1100
Houston, Texas 77060
Telephone: (713) 230-8233
Facsimile: (713) 230-8654
lmjurek@jureklaw.com
scarr@jureklaw.com
**ATTORNEY FOR PLAINTIFF**
**UYLESS L. JONES**

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110673 - Page 8 of 8



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 13, 2015

Certified Document Number:       67110673 Total Pages:  8

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

## CIVIL PROCESS REQUEST FORM

9/18/2015 6:09:20 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 7003177
By: DEWALT, SHERRYL
Filed: 9/18/2015 6:09:20 PM

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING.
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED.

CASE NUMBER: _____    CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): PLAINTIFFS' ORIGINAL PETITION _____

FILE DATE OF MOTION: September 18, 2015 _____

Month/        Day/        Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: Civil Service Commission For Municipal Employees of the The City of Houston

   ADDRESS: _____

   AGENT, (if applicable): Secretary to the Commissioner Omar C. Reid, 611 Walker 4th Floor, Houston, Texas

   77002

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):

**SERVICE BY** (check one):

☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER -**
☐ **MAIL**                                X **CERTIFIED MAIL**
☐ **PUBLICATION:**
   Type of Publication:  ☐ **COURTHOUSE DOOR, or**
                         ☐ **NEWSPAPER OF YOUR CHOICE:** _____
☐ **OTHER,** explain _____

**ATTENTION: Effective June1, 2010**

For all Services Provided by the DISTRICT CLERKS OFFICE requiring our office to MAIL something back to the
Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage
for mail back. Thanks you,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2. NAME: City of Houston _____

   ADDRESS: _____

   AGENT, (if applicable): Anna Russell at City Hall, Annex 900, Houston, Texas 77002

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):

**SERVICE BY** (check one):

☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER -**
☐ **MAIL**                                X **CERTIFIED MAIL**
☐ **PUBLICATION:**
   Type of Publication:  ☐ **COURTHOUSE DOOR, or**
                         ☐ **NEWSPAPER OF YOUR CHOICE:** _____
☐ **OTHER,** explain _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Lynne Jurek _____    TEXAS BAR NO./ID NO. 11059250

MAILING ADDRESS: 363 N. Sam Houston Parkway, E. Suite 1100

PHONE NUMBER _____ 713 230-8233 _____    FAX NUMBER: _____ 713-230-8654 _____

area code      phone number                              area code      fax number

EMAIL ADDRESS: lmjurek@jureklaw.com

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form                    Rev. 5/7/10

For Official Governmental Use Only - Do Not Disseminate to the Public:: 67110674 - Page 1 of 3

# CIVIL PROCESS REQUEST FORM

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): PLAINTIFFS' ORIGINAL PETITION

**FILE DATE OF MOTION:** September 18, 2015

　　　　　　　　　　　　　　　　　　　　Month/　　　Day/　　　Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.　NAME: Todd Johnson

　　ADDRESS: _____

　　AGENT, (*if applicable*): C/O City Secretary, Anna Russell at City Hall, Annex 900, Houston, Texas 77002

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** *(check one)*:

☐ **ATTORNEY PICK-UP**　　　　　　　☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER -**
☐ **MAIL**　　　　　　　　　　　　　X  **CERTIFIED MAIL**
☐ **PUBLICATION:**
　　Type of Publication:　☐ **COURTHOUSE DOOR,  or**
　　　　　　　　　　　　☐ **NEWSPAPER OF YOUR CHOICE:** _____
☐ **OTHER,** *explain* _____

**ATTENTION:  Effective June1, 2010**

**For all Services Provided by the DISTRICT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back. Thanks you,**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

2.　NAME: Tom Sorely

　　ADDRESS: _____

　　AGENT, (*if applicable*): C/O City Secretary, Anna Russell at City Hall, Annex 900, Houston, Texas 77002

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** *(check one)*:

☐ **ATTORNEY PICK-UP**　　　　　　　☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER -**
☐ **MAIL**　　　　　　　　　　　　　X  **CERTIFIED MAIL**
☐ **PUBLICATION:**
　　Type of Publication:　☐ **COURTHOUSE DOOR,  or**
　　　　　　　　　　　　☐ **NEWSPAPER OF YOUR CHOICE:** _____
☐ **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: ___Lynne Jurek___　　　　　　　　　　TEXAS BAR NO./ID NO. 11059250 _____

MAILING ADDRESS: 363 N. Sam Houston Parkway, E. Suite 1100

PHONE NUMBER _____ 713 230-8233 _____　FAX NUMBER: _____ 713-230-8654 _____
　　　　　　　　　　area code　　　phone number　　　　　　　　　　　area code　　fax number

EMAIL ADDRESS: lmjurek@jureklaw.com

Page 2 of 2

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110674 - Page 2 of 3

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____    AMENDED PETITION
_____    SUPPLEMENTAL PETITION

COUNTERCLAIM
_____    AMENDED COUNTERCLAIM
_____    SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____    AMENDED CROSS-ACTION
_____    SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____    AMENDED THIRD-PARTY PETITION
_____    SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____    AMENDED INTERVENTION
_____    SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____    AMENDED INTERPLEADER
_____    SUPPLEMENTAL INTERPLEADER


INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER


BILL OF DISCOVERY:
    ORDER TO: _____
                       (specify)
    MOTION TO: _____
                        (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110674 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 13, 2015

Certified Document Number:        67110674 Total Pages: 3

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* 2015-55907 / Court: 164 COURT *(FOR CLERK USE ONLY):*

9/18/2015 6:09:20 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 7003177
By: DEWALT, SHERRLY
Filed: 9/18/2015 6:09:20 PM

STYLED UYLESS JONES  V. CITY OF HOUSTON, ET. AL
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>Lynne M. Jurek<br><br>Address:<br><br>363 N. Sam Houston Parkway E. Suite 1100<br><br>City/State/Zip:<br><br>Houston, TX 77060<br><br>Signature:<br><br>_____ | Email:<br><br>lmjurek@jureklaw.com<br><br>Telephone:<br><br>713-230-8233<br><br>Fax:<br><br>713-230-8654<br><br>State Bar No:<br><br>11059250 | Plaintiff(s)/Petitioner(s):<br><br>Ulyess Jones<br><br>_____<br><br>Defendant(s)/Respondent(s):<br><br>City of Houston, Civil Service Commission, Todd Johnson and Tom Sorely<br><br>_____<br><br>[Attach additional page as necessary to list all parties] | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br><br>_____<br><br>Non-Custodial Parent:<br><br>_____<br><br>Presumed Father:<br><br>_____ |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br>_____<br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br> Liability: _____<br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br> List Product:<br>_____<br>☐Other Injury or Damage:<br>_____ | ☐Eminent Domain/<br> Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br>_____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other |
| | | | | **Title IV-D** |
| | | | | ☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br> Pre-indictment<br>☐Other: _____ | ☐Enforce Foreign<br> Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br> of Minority<br>☐Other: _____ | ☐Adoption/Adoption with<br> Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental<br> Rights<br>☐Other Parent-Child:<br>_____ |
| **Employment** | **Other Civil** | | | |
| ☒Discrimination<br>☒Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment:<br>_____ | ☐Administrative Appeal<br>☐Antitrust/Unfair<br> Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: _____ | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: App | | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1)*:

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Rev 2/13

For Official Governmental Use Only - Do Not Disseminate to the Public: 67110675 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   October 13, 2015

Certified Document Number:      67110675 Total Pages:  2

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**